O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
*Attorneys for Plaintiff(s)*
By:   Mark E. Belland, Esquire
      Mark E. Poist, Esquire

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND; et al,<br><br>                    *Plaintiffs,*<br>vs.<br><br>JORAJA, INC.; t/a CRYSTAL LAKE THRIFTWAY; HOPE PLAZA THRIFTWAY; and RAYMOND E. MCFALL, JR., j/s/a,<br><br>                    *Defendant(s).* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 16-2562(JHR-AMD)<br><br><br>**ORDER** |

This matter having come before the Court on plaintiffs' request for default judgment, **IT IS** on this 26th day of August, 2016;

**ORDERED and ADJUDGED** that Plaintiff, United Food and Commercial Workers and Participating Food Industry Employers Tri-State Pension Fund, recover of Defendants JORAJA Inc., t/a Thriftway Crystal Lake, Hope Plaza Thriftway t/a HPT Foods Inc., and Raymond McFall individually, the sum of **$59,737.95** which is inclusive of interest, liquidated damages, attorney's fees, and case costs as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
JOSEPH H. RODRIGUEZ, U. S. D. J.